LOYD *v.* THE MAYOR AND COUNCIL OF COLUMBUS.

A declaration alleging that the mayor and council of a city had "cut or caused to be cut a deep ditch or excavation near, in and upon the south side of a lot of land belonging to petitioner [outside the limits of the city], thereby causing his land and fence to fall and cave into said ditch or excavation, to his damage," etc., was rightly dismissed on demurrer, as it set forth no legal cause of action. The acts of the city authorities complained of were *ultra vires*, they having, at the time the acts were done, no power or jurisdiction over the land in question. Consequently, the municipal corporation is not liable for damages resulting from such acts.                                        *Judgment affirmed.*

August 27, 1892.

Municipal corporation. Tort. *Ultra vires.* Before Judge MARTIN. Muscogee superior court. November term, 1891.

The action of Loyd against the Mayor and Council of the City of Columbus, for damages from a tort alleged to have been committed on September 10, 1887, was dismissed on demurrer, and the plaintiff excepted. The head-note states the material part of the declaration.

THORNTON & MCMICHAEL and H. C. CAMERON, for plaintiff, cited 2 Mor. Corp. §726; Cooley on Torts, 119, 120; 7 Laws. R., R. & P. 62, 92; 85 *Ga.* 420; 70 *Ga.* 611; new city charter, Acts 1890–1, p. 489.

J. H. WORRILL and T. Y. CRAWFORD, for defendant, cited 69 *Ga.* 542; 75 *Ga.* 657; 74 *Ga.* 509; 65 *Ga.* 380; 40 *Ga.* 640; 1 Dill. Mun. Cor. §381; 2 *Id.* §§766, 767, 968; Horr & B. Mun. Ord. §142; 15 Am. & Eug. Euc. L. 1006–7; 3 *Id.* 435; Thomp. Neg. 731; 41 Am. Rep. 618; 24 *Id.* 601; 19 Wall. 468.